O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA BECERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PENNSYLVANIA LIFE INSURANCE COMPANY,<br><br>　　　　Defendants.<br>_____ | ) Case No. CV 12-09410 DDP (MANx)<br>)<br>) **ORDER TO SHOW RE: AMOUNT IN**<br>) **CONTROVERSY**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　Defendant is ordered to show cause why this action should not be remanded for lack of subject matter jurisdiction. Defendant removed the action to this court on the basis of diversity jurisdiction, asserting contractual damages in the amount of $52,000. Defendant asserts that if bad faith is found, the amount in controversy will exceed the $75,000 threshold. However, the mere possibility of punitive damages is not sufficient to establish an amount in controversy. It is therefore not clear to the court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

Accordingly, Defendant is ordered to file a brief, not to exceed five pages, by Monday, December 17, 2012, showing cause why this action should not be remanded for lack of subject matter jurisdiction.  Defendant should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  Failure to file a brief in accordance with this Order will be deemed consent to remand of this action.

IT IS SO ORDERED.

Dated: December 7, 2012

DEAN D. PREGERSON
United States District Judge